IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      **Plaintiff,**

v.                                                  No. 1:26-cr-00172-JB

**JUSTIN HUNT,**

      **Defendant.**

## ENTRY OF APPEARANCE

The Law Office of Ryan J. Villa, by Ryan J. Villa, hereby enters an appearance on behalf of the Defendant in the above-entitled and numbered cause.

                                  Respectfully submitted,
                                  THE LAW OFFICE OF RYAN J. VILLA

                                  */s/ Ryan J. Villa*
                                  RYAN J. VILLA
                                  5501 Eagle Rock Ave NE, Ste C2
                                  Albuquerque, New Mexico 87113
                                  (505) 639-5709
                                  (505) 433-5812 (Fax)
                                  ryan@rjvlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the parties in this matter.

                                  */s/ Ryan J. Villa*
                                  Counsel for Defendant