IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                 No. 1:26-cr-00172-KG

JUSTIN HUNT,

      Defendant.

### UNOPPOSED MOTION TO CONTINUE JUNE 30, 2026 STATUS CONFERENCE

Defendant Justin Hunt, through counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa, respectfully moves the Court to continue the Status Conference currently set for June 30, 2026. As grounds for this Motion, Defendant states:

1. On June 11 2026, this Court set a Status Conference. *See* Notice of Hearing [Doc. 13].

2. On June 12, 2026, the United States filed a Joint Motion to Lift Stay. *See* Motion [Doc. 14].

3. A PSR interview was conducted of Mr. Hunt on June 15, 2026.

4. Undersigned counsel will be out of the country on a family vacation from June 19, 2026, through July 2, 2026.

5. Counsel respectfully requests this matter be vacated and rescheduled after undersigned counsel returns on July 3, 2026. Counsel is unavailable July 8, July 14-17, 23-24 and August 3-14, and 18, 2026 due to previously scheduled court hearings and trials.

6. Counsel contacted Assistant United States Attorney Shana B. Long, regarding this Motion, and she indicated that the Government does not oppose this request.

WHEREFORE, counsel for Defendant respectfully requests this Court enter an order vacating the Status Conference currently set for June 30, 2026 and rescheduling to a later date.

2

Respectfully submitted,

*/s/ Ryan J. Villa*
RYAN J. VILLA
The Law Office of Ryan J. Villa
5501 Eagle Rock Ave. NE Suite C2
Albuquerque, NM 87113
Phone: (505) 639-5709
ryan@rjvlawfirm.com


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 15, 2026, the foregoing was filed electronically through the Court's E-File system, which caused all parties through counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Ryan J. Villa*

2